B1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## District of Puerto Rico

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Unlimited Entertainment Group San Juan** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **Solid Rock** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **66-0547560** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **1566 Ponce De Leon St. Sector El Cinco San Juan, PR** ZIPCODE **00926** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): ZIPCODE |
| County of Residence or of the Principal Place of Business: **San Juan** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address) **Box 27009 San Juan, PR** ZIPCODE **00927-0009** | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Unlimited Entertainment Group San Juan** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: **San Juan** | Case Number:<br>**09-01035** | Date Filed:<br>**02/16/09** |
| Location<br>Where Filed: **N/A** | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☑ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
Signature of Attorney for Debtor(s)        Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Unlimited Entertainment Group San Juan** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Gerardo L. Santiago Puig**
Signature of Attorney for Debtor(s)

**Gerardo L. Santiago Puig 205402**

**Doral Bank Plaza Suite 801 #33**
**Resolucion St San Juan, PR 00920**
**(787) 777-8000  Fax: (787) 767-7107**
**gsantiagopuig@yahoo.com**

**November 20, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Walter Pierluissi Isern**
Signature of Authorized Individual

**Walter Pierluissi Isern**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 20, 2009**
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                                   Case No. _____

**Unlimited Entertainment Group San Juan**                 Chapter **11**

                             Debtor(s)

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to debtor's condition on **November 20, 2009**.

   a. Total assets                                   $ **48,420.40**

   b. Total debts (including debts listed in 2.c., below)     $ **689,454.39**

                                                                                               Approximate Number of Holders

   c. Debt securities held by more than 500 holders.

       secured / /    unsecured / /    subordinated / /       $ _____     _____

       secured / /    unsecured / /    subordinated / /       $ _____     _____

       secured / /    unsecured / /    subordinated / /       $ _____     _____

       secured / /    unsecured / /    subordinated / /       $ _____     _____

       secured / /    unsecured / /    subordinated / /       $ _____     _____

   d. Number of shares of preferred stock                        **0**               **0**

   e. Number of shares of common stock                           **0**               **0**

   Comments, if any:

3. Brief description of debtor's business:

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CORPORATE RESOLUTION

Meeting held at the premises of the Santiago Puig Law Offices at Doral Bank Plaza, Suite 801, 33 Resolución St., San Juan, Puerto Rico.

Director Present:

    Mr. Walter Pierluisi Isern           President/Secretary

After a meeting held at the premises of Santiago Puig Law Offices at Doral Bank Plaza, Suite 801, 33 Resolución St., San Juan, Puerto Rico, November 20, 2009, the Directors of Unlimited Entertainment Group of San Juan, Inc., decided to file a petition for relief under Chapter 11 of the Bankruptcy Code.

In order to file the above-mentioned petition for relief, the Board of Directors has authorized to retain Mr. Gerardo L. Santiago Puig, Esq., as attorney for Debtor, if approved by the Court. Also, the Corporation has authorized Mr. Walter Pierluisi Isern to sign all necessary documents related to the filling.

The petition for relief will be filed on or about November 20, 2009.

After the discussion of the only matter pending, the meeting was closed.

WALTER PIERLUISI ISERN
Secretary

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                     Case No. _____

**Unlimited Entertainment Group San Juan**                 Chapter **11**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................ $ _____

   Prior to the filing of this statement I have received ............................................ $ _____

   Balance Due .................................................................................................... $ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **November 20, 2009** | **/s/ Gerardo L. Santiago Puig** |
|---|---|
| Date | Gerardo L. Santiago Puig 205402 |
| | DORAL BANK PLAZA STE 801 |
| | 33 RESOLUCION ST. |
| | SAN JUAN, PR 0092 |
| | TEL. 787-777-8000 / FAX 787-767-7107 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:     Case No. _____

Unlimited Entertainment Group San Juan     Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| IRS<br>7 Tabonuco St.<br>Guaynabo, PR 00968 | | | Disputed | 276,203.60 |
| Departamento De Hacienda<br>Box 9024140<br>San Juan, PR 00902-4140 | | | | 125,901.37 |
| American Management<br>Box 21487<br>San Juan, PR 00928-1487 | | | | 68,703.00 |
| CRIM<br>Box 195387<br>San Juan, PR 00919-5387 | | | | 46,876.78 |
| Departamento Del Trabajo<br>Box 1020<br>San Juan, PR 00927 | | | | 45,876.41 |
| AEE<br>Box 70101<br>San Juan, PR 00936 | | | | 23,954.66 |
| Progressive Finance<br>Box 42004<br>San Juan, PR 00940 | | | | 21,101.35 |
| Julio Minsal Ballester<br>Box 9023926 Old San Juan Station<br>San Juan, PR 00902-3926 | Jessica Planell, Esq.<br>Box 9023926 Old San Juan Station<br>San Juan, PR 00902-3926 | | | 20,000.00 |
| FSE<br>Box 42006<br>San Juan, PR 00940-2006 | | | | 17,093.00 |
| AAA<br>Box 363508<br>San Juan, PR 00936-3508 | | | | 9,861.63 |
| Municipio De San Juan<br>Box 70179<br>San Juan, PR 00936-8179 | | | | 9,116.89 |
| Diaz & Candelaria<br>Box 3266<br>Carolina, PR 00984 | | | | 5,800.00 |
| T/A Mechanical<br>500 Paseo Monaco Apt 29<br>Bayamon, PR 00956 | | | | 4,590.98 |
| FB Mechanical & Contractors<br>Urb. Apolo 82 Adonis St.<br>Guaynabo, PR 00969 | | | | 3,500.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Worldwide Outfitters<br>Box 4399<br>Sandy, UT 84091-4439 | | 1,891.00 |
| Con Waste<br>Box 13487<br>San Juan, PR 00908 | | 1,705.50 |
| Cosvi<br>400 Ave. Americo Miranda Villa Nevarez<br>Rio Piedras, PR 00927-5142 | Rafael Moran, Esq.<br>MAI Center Bldg. | 1,591.20 |
| Provisiones Legrand | | 1,212.39 |
| Rolo Exterminating, Inc.<br>Box 416 Saint Just Station<br>Trujillo Alto, PR 00978 | | 1,040.00 |
| Pan Pepin<br>Box 100<br>Bayamon, PR 00960 | | 585.63 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **November 20, 2009**      Signature: */s/ Walter Pierluissi Isern*

**Walter Pierluissi Isern, President**
                                                                                    (Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
District of Puerto Rico

IN RE: | Case No. _____
--- | ---
**Unlimited Entertainment Group San Juan** | Chapter **11**
Debtor(s) |

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **November 20, 2009**       Signature: */s/ Walter Pierluissi Isern*
                                  **Walter Pierluissi Isern, President**                          Debtor

Date: _____       Signature: _____
                                                                                            Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Unlimited Entertainment Group San Juan<br>Box 27009<br>San Juan, PR 00927-0009 | CRIM<br>Box 195387<br>San Juan, PR 00919-5387 | IRS<br>7 Tabonuco St.<br>Guaynabo, PR 00968 |
| GERARDO L. SANTIAGO PUIG<br>DORAL BANK PLAZA STE 801<br>33 RESOLUCION ST.<br>SAN JUAN, PR 0092 | Departamento De Hacienda<br>Box 9024140<br>San Juan, PR 00902-4140 | Jessica Planell, Esq.<br>Box 9023926 Old San Juan Station<br>San Juan, PR 00902-3926 |
| AAA<br>Box 363508<br>San Juan, PR 00936-3508 | Departamento Del Trabajo<br>Box 1020<br>San Juan, PR 00927 | Julio A. Cedeño Rivera<br>RR-3 Box 10913<br>Toa Alta, PR 00953 |
| Advance Office Electronics<br>Box 4410<br>Carolina, PR 00984 | Diaz & Candelaria<br>Box 3266<br>Carolina, PR 00984 | Julio Minsal Ballester<br>Box 9023926 Old San Juan Station<br>San Juan, PR 00902-3926 |
| AEE<br>Box 70101<br>San Juan, PR 00936 | FB Mechanical & Contractors<br>Urb. Apolo 82 Adonis St.<br>Guaynabo, PR 00969 | Municipio De San Juan<br>Box 70179<br>San Juan, PR 00936-8179 |
| American Management<br>Box 21487<br>San Juan, PR 00928-1487 | Florida Protection Services, Inc.<br>PMB 165 3071 Alejandrino Ave.<br>Guaynabo, PR 00969-7035 | Pan Pepin<br>Box 100<br>Bayamon, PR 00960 |
| Centro Mas Salud<br>Box 21405<br>San Juan, PR 00928 | FSE<br>Box 42006<br>San Juan, PR 00940-2006 | Progressive Finance<br>Box 42004<br>San Juan, PR 00940 |
| Coca Cola<br>Box 51985<br>Toa Baja, PR 00950-1985 | Gilberto Miranda<br>Box 1781<br>Bayamon, PR 00960-1781 | Rafael Bosque, Esq.<br>Box 22739<br>San Juan, PR 00931-2739 |
| Con Waste<br>Box 13487<br>San Juan, PR 00908 | Hospital Auxilio Mutuo<br>Box 191227<br>San Juan, PR 00919-1227 | Rolo Exterminating, Inc.<br>Box 416 Saint Just Station<br>Trujillo Alto, PR 00978 |
| Cosvi<br>400 Ave. Americo Miranda Villa Nevarez<br>Rio Piedras, PR 00927-5142 | Hospital San Gerardo<br>Wiston Churchill 1358<br>San Juan, PR 00926 | San Jorge Children Hospital<br>Box 6308 Loiza Station<br>San Juan, PR 00914 |

T/A Mechanical
500 Paseo Monaco Apt 29
Bayamon, PR  00956


Worldwide Outfitters
Box 4399
Sandy, UT  84091-4439